```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04060
   RUFUS C BLAYLOCK
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2563
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/08/07 and confirmed on 04/27/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 29250.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 4827.10 | .00 | 4827.10 |
| CITIZENS FINANCE CO | UNSECURED | 707.81 | .00 | 707.81 |
| COMED | UNSECURED | 8122.28 | .00 | 8122.28 |
| NORTHSHORE SANITARY DIST | UNSECURED | 462.57 | .00 | 462.57 |
| PEOPLES GAS | UNSECURED | 1102.89 | .00 | 1102.89 |
| ASSET ACCEPTANCE CORP | UNSECURED | 9197.41 | .00 | 9197.41 |

    Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4827.10 | .00 | 19592.96 | .00 | 24420.06 |
| PRINCIPAL PAID | 4827.10 | .00 | 19592.96 | .00 | 24420.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4827.10 | .00 | 19592.96 | .00 | 24420.06 |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   3000.00
and was paid $    376.00   direct and $    2624.00   through the plan.

The Trustee received $    1274.82 .

Refunds to the Debtor totaled $     931.12 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 04060 RUFUS C BLAYLOCK